# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROBERT TERRY, et al.                                                                                    PLAINTIFFS

VS.                          CIVIL ACTION NO. 4:13CV00408 SWW/JTR

YELL COUNTY ARKANSAS, et al.                                                            DEFENDANTS

## ORDER

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray held on 9/11/2014.  The settlement agreement which the Court dictated into the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall not be disclosed without a court order.

IT IS SO ORDERED, this 11th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE