IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROBERT TERRY and <br> RICK SHADDEN, <br><br> Plaintiffs, <br> vs. <br><br><br> YELL COUNTY, ARKANSAS, <br><br> Defendant. | * <br> * <br> * <br> * <br> *  No. 4:13-cv-00408-SWW <br> * <br> * <br> * <br> * <br> * |

## ORDER

The unopposed motion [doc.#28] of plaintiffs Robert Terry and Rick Shadden to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 14th day of November 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE